# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BRITTANY WRIGHT | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-0080-S |
| | § | |
| A&O ENTERPRISES, INC. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiff's Motion for Entry of Final Judgment by Default Against Defendant A&O Enterprises, Inc. [ECF No. 12] is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED.**

SIGNED December 15, 2025.

_____
**UNITED STATES DISTRICT JUDGE**